UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RICKEL, an individual,<br><br>        Plaintiff,<br>vs.<br><br>ALFONSO KNOLL, an individual; JOHN C. SABO, an individual; MOUNTAIN TOP PROPERTIES INC., a business entity, form unknown; OCTAGON AMERICA LIMITED, a business, form unknown; AND DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.: 2:10-CV-08875-JHN-PLAx<br><br>**JUDGMENT**<br><br>Date Action Filed: September 27, 2010<br>Trial Date: November 15, 2011 |

-1-
**[PROPOSED] JUDGMENT**

1  Pursuant to the Court's Order on October 4, 2011, granting defendant
2  Octagon America Limited's ("Octagon") Motion for Summary Judgment (docket
3  no. 43), and there being no reason for delay,
4  IT IS ORDERED AND ADJUDGED that judgment be entered in favor of
5  Octagon, that Plaintiff Kenneth Rickel take nothing from defendant Octagon, that
6  the action against Octagon be dismissed with prejudice on the merits and that
7  Octagon recover its costs.

Dated: October 12, 2011

_____
Honorable Jacqueline H. Nguyen
United States District Judge