1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | KENNETH RICKEL, an individual,

12 |              Plaintiff,
   | vs.

13

14 | ALFONSO KNOLL, an individual;
   | JOHN C. SABO, an individual;
15 | MOUNTAIN TOP PROPERTIES
   | INC., a business entity, form unknown;
16 | OCTAGON AMERICA LIMITED, a
   | business, form unknown; AND DOES
   | 1 through 50, inclusive,
17

18 |              Defendants.

CASE NO.: 2:10-CV-08875-JHN-PLAx

**JUDGMENT**

Date Action Filed:  September 27, 2010
Trial Date: November 15, 2011

19
20
21
22
23
24
25
26
27
28

-1-
**[PROPOSED] JUDGMENT**

1    Pursuant to the Court's Order on October 4, 2011, granting defendant
2    Octagon America Limited's ("Octagon") Motion for Summary Judgment (docket
3    no. 43), and there being no reason for delay,
4    IT IS ORDERED AND ADJUDGED that judgment be entered in favor of
5    Octagon, that Plaintiff Kenneth Rickel take nothing from defendant Octagon, that
6    the action against Octagon be dismissed with prejudice on the merits and that
7    Octagon recover its costs.
8
9    Dated: October 12, 2011

    Honorable Jacqueline H. Nguyen
    United States District Judge

-2-
**[PROPOSED] JUDGMENT**